UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EUGENE GAGE,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 24-cv-02100-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; REQUIRING PETITIONER TO PAY FILING FEE IN FULL**<br><br>Re: Dkt. Nos. 2, 5 |

Petitioner, an inmate housed at California State Prison – Solano, has filed this *pro se* petition for a writ of habeas corpus, challenging the legality of a conviction and sentence from Santa Clara County Superior Court. Dkt. No. 1. Petitioner has requested to proceed *in forma pauperis*. Dkt. Nos. 2, 5. For the reasons set forth below, the Court DENIES the requests to proceed *in forma pauperis* and ORDERS Petitioner to pay the filing fee in full in order to proceed with this action.

**DISCUSSION**

A plaintiff may commence an action without paying the Court's filing fees when they submit an affidavit stating that they lack sufficient funds to pay such fees. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing 28 U.S.C. § 1915(a)). "An affidavit in support of an [*in forma pauperis*] application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Id.* (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). If the person seeking to bring a civil action is a prisoner, they must also submit a certified copy of their trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of the correctional institution at which the prisoner is confined. 28 U.S.C. §

1915(a)(2). Here, Petitioner's trust account statement shows an October 2023 balance of $940.90, a April 2024 trust account balance of $758.27, a deposit of $250 on November 28, 2023, a deposit of $250 on January 26, 2024, and monthly expenditures of between $90 - $150. Dkt. No. 2 at 2; Dkt. No. 5 at 4. Petitioner has sufficient funds to pay the $5 filing fee and still afford the necessities of life. Accordingly, the Court DENIES Petitioner's requests to proceed *in forma pauperis*. Dkt. Nos. 2, 5. Petitioner may proceed with this action only if he prepays the $5 filing fee. Petitioner must pay the full filing fee within **twenty-eight (28) days** of the date of this order, or this action will be dismissed without further notice to Petitioner and without prejudice for failure to pay the filing fee.

## CONCLUSION

For the foregoing reasons, the Court DENIES Petitioner's request to proceed *in forma pauperis*. Dkt. Nos. 2, 5. Petitioner may proceed with this action only if he prepays the $5 filing fee in full. Petitioner must pay the $5 filing fee within **twenty-eight (28) days** of the date of this order, or this action will be dismissed without further notice to Petitioner and without prejudice for failure to pay the filing fee.

This order terminates Dkt. Nos. 2, 5.

**IT IS SO ORDERED.**

Dated: 7/31/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge