UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EUGENE GAGE,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 24-cv-02100-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED the petition for a writ of habeas corpus as second or successive, and DENIED a certificate of appealability. Judgment is entered in favor of Respondent and against Petitioner. The Clerk is directed to close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    9/18/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge